UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

COREY LEE HARRIS                                                                          PLAINTIFF
DOC #1251516

V.                                      No. 3:23-CV-2-BSM-JTR

MELISSA SISCO, Jail Admin,
Randolph County Detention Center; and
MARY BLISSENBACH, Jail Secretary,
Randolph County Detention Center                                                         DEFENDANTS

## ORDER

On May 31, 2023, the Court entered an Order directing that summons be issued for all Defendants in this § 1983 action and that the United States Marshal Service attempt service at the Randolph County Detention Center ("RCDC"). *Doc. 12*. The Order specified that: "If any Defendant is no longer a Randolph County employee, the individual responding to service must file a *sealed* statement providing the unserved Defendant's last-known private mailing address." *Id. at 2, n.3*.

On August 17, 2023, the summons for Defendant "Melissa Sisco, Jail Admin" was returned unexecuted. *Doc. 17.* No sealed statement with Sisco's last-known mailing address was provided.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to mail a copy of this Order and the May 31, 2023 Order (*Doc. 12*) to the Jail Administrator, Randolph County Detention Center, 1510 Pace Road, Pocahontas, Arkansas 72455.

2. The Jail Administrator is directed to have an authorized RCDC official provide a statement with Melissa Sisco's last-known mailing address and return it to the Clerk, **to be filed under seal, on or before October 26, 2023.**[1]

3. Plaintiff Corey Lee Harris's Motion for Extension to Respond to Defendant Blissenbach's discovery requests (*Doc. 16*) is GRANTED. Harris must provide discovery responses to Blissenbach's counsel on or before **October 26, 2023**.[2]

IT IS SO ORDERED this 26th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] *Pro se* Plaintiff Corey Lee Harris is reminded that, despite the effort from the Court to obtain Melissa Sisco's last-known address, the burden remains on him to provide a *valid* service address for each Defendant. Doc. 4 at 2.

[2] *See* Fed. R. Civ. P. 33 & 34 (Federal Rules controlling interrogatories and requests for production of documents).