UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

COREY LEE HARRIS                                                                          PLAINTIFF
DOC #1251516

V.                              No. 3:23-CV-2-BSM-JTR

MELISSA SISCO, Jail Admin,
Randolph County Detention Center; and
MARY BLISSENBACH, Jail Secretary,
Randolph County Detention Center                                                          DEFENDANTS

## ORDER

Service of summons upon Defendant Melissa Sisco ("Sisco") was returned unexecuted. *Doc. 17*. Her last-known address has been provided under seal. *Doc. 19*.

Accordingly, the Clerk of Court is directed to prepare a summons for Sisco at her sealed last-known address. The United States Marshal is directed to serve the summons, Complaint (*Doc. 2*), Amended Complaint (*Doc. 11*) the Court's screening Order (*Doc. 12*), and this Order on Sisco without prepayment of fees and costs or security therefor. Sisco's sealed address must be **redacted** from the return of service and all other public portions of the record.

SO ORDERED this 3rd day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE