IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**COREY LEE HARRIS**                                                                                           **PLAINTIFF**
*DOC #1251516*

v.                                     CASE NO. 3:23-CV-00002-BSM

**MELISSA SISCO, Jail Admin,**
**Randolph County Detention Center; and**
**MARY BLISSENBACH, Jail Secretary,**
**Randolph County Detention Center**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE